# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Erving Industries, Inc.    **Case Number:** 09-30623    **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**
#76 Hearing on the Debtor's Continued Use of Cash Collateral

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

CASH COLLATERAL AUTHORIZATION IS CONTINUED ON THE SAME TERMS AND CONDITIONS THROUGH 01/14/10. HEARING ON THE FURTHER USE OF CASH COLLATERAL IS SET FOR 01/14/10 AT 11:30AM IN SPRINGFIELD.

IT IS SO NOTED:                              IT IS SO ORDERED:

*Henry Jack Boroff* (signature)

_____    _____ Dated: 09/10/2009
Courtroom Deputy                             Henry J. Boroff, U.S. Bankruptcy Judge